MISITI, LLC, ET AL. *v.* TRAVELERS PROPERTY
CASUALTY COMPANY OF AMERICA ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 132 Conn. App. 629 (AC 33243), is granted, limited to the following issue:

"Did the Appellate Court properly determine that the trial court improperly granted the plaintiffs' motion for

summary judgment and denied the named defendant's motion for summary judgment?"

The Supreme Court docket number is SC 18915.

*Jack G. Steigelfest,* in support of the petition.

*Paul G. Roche,* in opposition.

Decided January 25, 2012